DAN RAYFIELD
Attorney General
SARA DEL RUBIN #232414
Assistant Attorney General
ELIOT D. THOMPSON #160661
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  sara.delrubin@doj.oregon.gov
            eliot.thompson@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TYLER BURNARD; MICHAEL BRITZIUS, <br><br> Plaintiffs, <br><br> v. <br><br> OREGON STATE HOSPITAL; OREGON HEALTH AUTHORITY; JERID LEE LISHER WEINBERG, personally; JOHN/JANE DOE 1-5, personally; DELORES MATTEUCCI, personally, <br><br> Defendants. | Case No.  6:25-cv-00364-MC <br><br> WAIVER OF SERVICE |

**WAIVER OF SERVICE FORM**

TO:     The U.S. District Court for the District of Oregon

I agree to save the cost of serving a summons and complaint in this case on behalf of the following Defendants:

Dolores Matteucci, Jerid Weinberg, Oregon Health Authority, Oregon State Hospital.

Page 1 -    WAIVER OF SERVICE
        SD8/jt3

Defendants shall retain all defenses or objections to the lawsuit, the Court's jurisdiction, and the action, but Defendants waive any objection to the absence of a summons or of service.

The above-named Defendants must file and serve an answer or a motion under Rule 12 within sixty (60) days from the date this Notice was signed. If I fail to do so, a default judgment may be entered against the Defendants.

I decline to waive service on behalf of the following defendants: John/Jane Does 1-5.

DATED April 18, 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General


        s/Sara Del Rubin
        SARA DEL RUBIN #232414
        Assistant Attorney General
        ELIOT D. THOMPSON #160661
        Senior Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        sara.delrubin@doj.oregon.gov
        eliot.thompson@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -    WAIVER OF SERVICE
    SD8/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000