# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **TYLER BURNARD, et al.** | **Case No.: 6:25–cv–00364–MC** |
| Plaintiff, | |
| **v.** | **ORDER TO PROCEED *IN FORMA PAUPERIS*** |
| **OREGON STATE HOSPITAL, et al.** | |
| Defendant. | |

Plaintiff moves to proceed *in forma pauperis*. An examination of the application reveals that Plaintiff is unable to afford the costs of this action.

IT IS HEREBY ORDERED that the provisional *in forma pauperis* status given Plaintiff pursuant to LR 3–4(b) at the time this action was filed is confirmed. This action may go forward without the payment of any filing fees or costs associated with service.

IT IS FURTHER ORDERED THAT within 30 days of the filing date of this Order, Plaintiff shall:

(1)     Prepare an original summons for each defendant and submit it to the Clerk of Court for issuance;

(2)     Provide the original and sufficient service copies of the issued summons, the complaint, and any scheduling order for service upon each defendant to the Clerk of Court for service; and

(3)     Complete the U.S. Marshals Service Form (USM285) for each defendant and submit it to the Clerk of Court. Summons forms and the USM285 forms may be obtained on request from the Clerk of Court's Office.

IT IS FURTHER ORDERED that the Clerk of Court is directed to promptly issue summons in this case and forward the documents received from Plaintiff for service of process, including the completed USM285 form(s), to the U. S. Marshals Service.

Pursuant to 28 U.S.C. § 1915(d), the U.S. Marshals Service is directed to serve a copy of the summons and complaint, together with any scheduling order, as provided by Plaintiff, on the defendant pursuant to Fed. R. Civ. P. 4.

Plaintiff may choose to complete service pursuant to Fed. R. Civ. P. 4 without the aid of the U.S. Marshals Service. If so, return(s) of service should be filed promptly following completion of service.

IT IS SO ORDERED.

**DATED** this 5th day of May, 2025          /s/Michael J. McShane

Honorable Michael J. McShane
United States District Judge.