**Elizabeth E. Lampson, OSB No. 975185**
E-mail: elampson@davisrothwell.com
**Francisco L. Fischer, OSB No. 223988**
E-mail: ffischer@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax:  (503) 222-4428

**Of Attorneys for Jerid Lee Lisher Weinberg**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| TYLER BURNARD, MICHAEL BRITZIUS,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON STATE HOSPITAL, OREGON HEALTH AUTHORITY, JERID LEE LISHER WEINBERG, Personally, JOHN/JANE DOES 1-5, Personally, DELORES MATTEUCCI, Personally,<br><br>Defendants. | Case No. 6:25-cv-00364-MC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT JERID LEE LISHER WEINBERG** |

PLEASE TAKE NOTICE that Sara Del Rubin of the Oregon Department of Justice, hereby withdraw as attorneys of record, and Elizabeth Lampson and Francisco Fischer of the

////

////

////

////

Page 1  **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT JERID LEE LISHER WEINBERG**

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422   F (503) 222-4428

firm of Davis Earle & Xochihua, P.C. are hereby substituted as attorney of record for Defendant Jerid Lisher Lee Weinberg. This withdrawal and substitution are effective immediately.

OREGON DEPARTMENT OF JUSTICE

5/23/25
Date

*s/ Sara Del Rubin*
Sara Del Rubin, OSB No. 232414
sara.delrubin@doj.oregon.gov

DAVIS ROTHWELL
EARLE & XÓCHIHUA, P.C.

5/23/25
Date

*s/ Elizabeth E. Lampson*
Elizabeth E. Lampson, OSB No. 975185
elampson@davisrothwell.com
Francisco L. Fischer, OSB No. 223988
ffischer@davisrothwell.com
Of Attorneys for Defendant
Jerid Lee Lisher Weinberg

Page 2   NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT JERID LEE LISHER WEINBERG

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422   F (503) 222-4428